UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WAYNE DOUGLAS MERKLEY,<br><br>    Plaintiff,<br><br> v.<br><br>STATE OF IDAHO; CORIZON HEALTH SERVICES MEDICAL DIRECTOR; DEBBIE FIELD; KEVIN KEMPF; RICHARD ARMSTRONG; JAMES GUEFFRE; IDAHO BOARD OF PARDONS AND PAROLE DIRECTOR; IDAHO PAROLE COMMISSION DIRECTOR LISA BOSTAPH; TERRY REILLY HEALTH SERVICES FACILITATOR MARK McCULLOUGH; FACILITY HEALTH AUTHORITY; MEDICAL AUTHORITY; REGIONAL HEALTH MANAGER; DIVISION ADMINISTRATOR OF INSTITUTIONAL SERVICES; ADMINISTRATOR OF DIVISION OF PRISONS; ONEIDA COUNTY; IDAHO STATE ATTORNEY GENERAL LAWRENCE WASDEN; and PARALEGAL DIRECTOR STEWART,<br><br>    Defendants. | Case No. 1:14-cv-00463-CWD<br><br>**AMENDED JUDGMENT** |

**AMENDED JUDGMENT - 1**

In accordance with the Order filed on this date, as well as the Order filed on March 8, 2016 (Dkt. 32), IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed without prejudice. Additionally, this case is hereby ordered closed.

DATED: **June 8, 2016**

Honorable Candy W. Dale
United States Magistrate Judge